|  |  |
|---|---|
| Debtor 1 | Janell Jimenez |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE) |
| Case number | 25-50940 |

Official Form 410S1

# Notice of Mortgage Payment Change                                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Real Time Resolutions, Inc.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 6 1

**Date of payment change:** 08/25/2025
Must be at least 21 days after date of this notice

**New total payment:** $ 931.98
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____   New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: Payment amount based on number of days in billing cycle

   Current mortgage payment: $ 915.16   New mortgage payment: $ 931.98

Official Form 410S1                     Notice of Mortgage Payment Change                         page 2

Case: 25-50940    Doc# 22    Filed: 08/01/25    Entered: 08/01/25 14:50:05    Page 1 of 3

Debtor 1    Janell Jimenez                                      Case number (if known) 25-50940
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Teresa Ngunyi                          Date   8/1/2025
Signature

Print:    Teresa Ngunyi                                 Title   Senior Analyst
First Name    Middle Name    Last Name

Company    Real Time Resolutions, Inc

Address    1349 Empire Central Suite 1300
Number    Street

Dallas            TX    75247-4029
City                  State    ZIP Code

Contact phone   888-741-1124                       Email   bankruptcy@rtresolutions.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

In re:

Janell Jimenez ) CHAPTER 13
) CASE NO.  25-50940
Debtors )

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing notice of payment change upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

DEVIN DERHAM BURK
Standing Chapter 13 Trustee
PO BOX 50013
SAN JOSE, CA 95150-0013

Janell Jimenez
23A CAREY AVE
FREEDOM, CA 95019-3001

Dated    8/1/2025

By: /s/ Teresa Ngunyi

Real Time Resolutions, Inc.
1349 Empire Central, Suite 1300
Dallas, TX 75247