DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>JANELL JIMENEZ<br><br><br><br>Debtor(s) | Chapter 13<br>Case No.  25-50940 SLJ<br><br>SECOND AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE<br><br>Confirmation Date: N/A – Trustee's Pending List<br><br>Judge: Stephen L. Johnson |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of the Debtor's Plan for the following reasons:

1. Fed.R.Bankr.P. 3015 is not met because the Debtor's Chapter 13 Plan was not filed with the Petition or within 14 days of the filing of the Petition.  Since the plan was not filed in time to be served with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines.  The Debtor must serve all creditors with the Chapter 13 Plan, along with the **applicable** "Order Establishing Procedures for Objection to Confirmation."  NOTE: First Amended Plan noticed to all creditors.

2. The Debtor has failed to comply with 11 U.S.C. § 342(a) and Fed. R. Bankr. P 2002. Mr. Cooper and Jesus Jimenez were omitted from the Creditor Matrix filed June 23, 2025, and were not noticed of the filing of this case. The Debtor must serve said creditors with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines and the Chapter 13 Plan, along with the **applicable** "Order Establishing Procedures for Objection to Confirmation." NOTE: First Amended Plan noticed to Mr. Cooper and Jesus Jimenez.

3. The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(a)(1). The mailing matrix includes creditor RRA CP Opportunity Trust 1, but this creditor is not listed in any of the debt schedules. The Trustee requests that the Debtor amend the appropriate debt schedule to include this creditor.

4. The Debtor has not complied with 11 U.S.C. § 521(e)(2)(A)(i) and (B) as the Debtor has not provided the Trustee with a copy of her 2024 federal and state income tax return and W-2.

5. The Debtor failed to provide copies of income tax returns prior to the 11 U.S.C. §341 meeting of creditors. See separate objection point. So that the Trustee can verify that the copies that the Debtor will provide are true and correct copies of the returns that were provided to the taxing agencies, the Trustee requests that the returns provided to the Trustee be attached to a declaration signed by the Debtor stating under penalty of perjury that the returns being provided are true and correct copies of the returns that the Debtor submitted to the taxing authorities.

6. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income

tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax returns shall be provided to her along with a declaration signed by the Debtor stating under penalty of perjury that the returns being provided and true and correct copies of the returns that the Debtor submitted to the taxing authorities.

7. The Trustee is unable to determine whether the liquidation test in 1325(a)(4) is met. The Debtor lists her interest in real property located at 23 Jeantte Way, Watsonville, California, on Schedule A/B. Trustee requests the Debtor provide her with a copy of the grant deed.

8. The Trustee cannot recommend confirmation of the plan because the Application for Compensation has not been filed.

9. The Trustee is unable to accurately determine the term of the Debtor's plan, nor is the Trustee able to determine whether the plan complies with 11 U.S.C. Section 1325(a)(6). The Debtor has failed to file an Attorney Disclosure Statement Pursuant to Rule 2016 (B).

10. The Trustee cannot recommend confirmation of the plan because the Rights and Responsibilities has not been filed.

11. The Trustee cannot determine whether the plan meets the duration limitation in 11 U.S.C. §1322(d). Section 2.1 of the Plan states that the Debtor will make payments of $145.00 for four months for a total of $580.00, then $227.15 for thirty-two months for a total of $227.15. This is incorrect as $227.15 for thirty-two months totals $7,269.76. The Trustee requests the Debtor file an amended plan.

12. Section 5 Class 8 of the First Amended Plan contains a "Contractual Payment" which does not specify a payment amount. The Trustee requests the Debtor file an amended plan.

13. The Trustee questions the feasibility of the Debtor's First Amended Plan pursuant to 11 U.S.C. § 1325(a)(6) as the Debtor is delinquent with her plan payments.

14. The Trustee is unable to determine whether 11 U.S.C. § 1322(b)(5) is met. The Trustee is in receipt of a Proof of Claim filed by Real Time Resolution for mortgage arrears in the amount of $ 115,253.52. Section 10 of the First Amended Plan states "Debtor will seek the court's permission to refinance the "zombie" second mortgage/HELOC claim of Real Time Resolutions. The entire Real Time Resolution claim will be paid via refinancing." The Trustee must be the disbursing agent on all pre-petition mortgage arrears. The Trustee requests the Debtor file an amended plan to provide for the Trustee to pay the pre-petition mortgage arrears in Section 5, Class 1.

Dated: October 30, 2025 /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Court, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 30, 2025. Said envelopes were addressed as follows:

| | |
|---|---|
| JANELL JIMENEZ<br>23 JEANETTE WAY<br>WATSONVILEE, CA 95076 | LAW OFFICES OF DANA M DOUGLAS<br>11024 BALBOA BLVD #431<br>GRANADA HILLS, CA 91344 |

/S/   Clotilde Costa
Office of Devin Derham-Burk, Trustee