DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| In Re:<br><br>JANELL JIMENEZ<br><br><br><br><br><br>Debtor | Chapter 13<br><br>Case No. 25-50940 SLJ<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO DISMISS**<br><br>Hearing Date:  not set<br>Hearing Time: not set<br>Judge: Hon. Stephen L. Johnson |
|---|---|

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Devin Derham-Burk, Chapter 13 Standing Trustee (hereafter "Trustee"), has moved the Court for an Order of Dismissal of the above case pursuant to 11 U.S.C. § 1307(c)(1).

Bankruptcy Local Rule 9014-1(b)(3)(A) prescribes the following procedures to be followed:

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing,**

> **The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

The addresses to file and serve a request for hearing are:

| **Court:** | **Chapter 13 Trustee:** |
|---|---|
| U.S. Bankruptcy Court | Devin Derham-Burk, Trustee |
| 280 S. First St., Rm. 3035 | P.O. Box 50013 |
| San Jose, CA  95113 | San Jose, CA  95150-0013 |

**Debtor's Attorney :**
DANA M DOUGLAS
LAW OFFICES OF DANA M DOUGLAS
11024 BALBOA BLVD #431
GRANADA HILLS, CA  91344

A hearing will not be set on the Court's calendar unless you request a hearing.  Refer to B.L.R. 9014-1 for additional rules applicable to this motion.

If you would like a complete copy of the motion in this case, please request a copy from the Bankruptcy Court Clerk's office, PACER online service, or the Trustee's office by contacting the Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA 95150-0013, (408) 354-8151.

Dated:  November 03, 2025

/s/  Devin Derham-Burk
_____
Chapter 13 Standing Trustee