| Debtor 1 | Janell Jimenez |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE) |
| Case number | 25-50940 |

Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Real Time Resolutions, Inc.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 6 1

**Date of payment change:** 11/25/2025
Must be at least 21 days after date of this notice

**New total payment:** $ 916.17
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____   New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ❑ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: Payment amount based on number of days in billing cycle

   Current mortgage payment: $ 912.61   New mortgage payment: $ 916.17

Debtor 1  Janell Jimenez                                    Case number (if known) 25-50940
          First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Teresa Ngunyi                                          Date  11/3/2025
  Signature

Print:    Teresa Ngunyi                                      Title  Senior Analyst
          First Name    Middle Name    Last Name

Company   Real Time Resolutions, Inc

Address   1349 Empire Central Suite 1300
          Number        Street

          Dallas                    TX    75247-4029
          City                      State ZIP Code

Contact phone  888-741-1124                                  Email  bankruptcy@rtresolutions.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

In re: )
)
)
Janell Jimenez )  CHAPTER 13
)  CASE NO. 25-50940
Debtors )

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing notice of payment change upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**Dana M. Douglas**
**Attorney at Law**
**Law Offices of Dana M Douglas**
**11024 Balboa Blvd. #431**
**Granada Hills, CA 91344**

**Devin Derham-Burk**
**P.O. Box 50013**
**San Jose, CA 95150-0013**

**Janell Jimenez**
**23 Jeanette Way**
**Watsonville, CA 95076**

Dated  11/3/2025

By: /s/ Teresa Ngunyi

Real Time Resolutions, Inc.
1349 Empire Central, Suite 1300
Dallas, TX 75247